**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                    NO. 4:09CR00319-03 JLH
                                      NO. 4:09CR00319-04JLH

ASHIA HOLLIDAY
MINDY BUTTERFIELD

## ORDER

The government has filed a motion to dismiss the indictment against defendants Ashia Holliday and Mindy Butterfield. Without objection, the motion is GRANTED. Document #73. The indictment against defendants Ashia Holliday and Mindy Butterfield is hereby dismissed without prejudice.

IT IS SO ORDERED this 30th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE